

**ORDERED in the Southern District of Florida on January 9, 2019.**

*/s/ Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CAROLYN ALBRITTON                           Case No.: 18-25710-LMI
                                            Chapter 13

        Debtor(s).
_____/

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3) (ECF 5)

THIS CAUSE having come before the court on January 8, 2019 for a hearing on the Debtor's Motion to Extend Automatic Stay (ECF 5). Based upon the record, it is **ORDERED** as follows:

1. The Debtor's Motion is GRANTED. The automatic stay is extended as to any and all creditors throughout the pendency of the Chapter 13 plan until further order of this court.

###

Submitted by:
Mitchell J. Nowack, Esq.
Christian J. Olson, Esq.
Nowack & Olson, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265


Copies furnished to:
Debtor's Attorney Olson is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt hereof and file a Certificate of Service.